**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

ANTHONY A BORUM                                                                                    PLAINTIFF
ADC #092069

V.                                       NO: 2:10CV00017 BSM/HDY

ELLA TAYLOR *et al.*                                                                              DEFENDANTS

## ORDER

Plaintiff filed this complaint on February 10, 2010, and service was ordered. On April 1, 2010, the summons was returned unexecuted as to Defendants A. Thomas, Vicki Moore, Manning, and Ella Taylor (docket entries #8-#11). Service on Thomas, Moore, and Manning, had been attempted in the care of the Arkansas Department of Correction ("ADC"). A note on the return indicates that they are not employed by the ADC, but may be employed by the ADC's medical provider. Service for Taylor had been attempted in the care of counsel for the ADC's medical provider, but was returned with a note indicating that Taylor was no longer employed by the medical provider. However, Taylor's last known address was provided and filed under seal. Accordingly, service for Taylor will be attempted at her address, and service for Thomas, Moore, and Manning, will be attempted in the care of counsel for the ADC's medical provider.

IT IS THEREFORE ORDERED THAT:

1. Ella Taylor's last known addresses shall not be made part of any public record.

2. The Clerk of the Court shall prepare a summons for Ella Taylor, and the United States Marshal is hereby directed to serve a copy of the summons and complaint (docket entry #2), and this order, on Ella Taylor, at the addresses provided under seal, without prepayment of fees and costs or

1

security therefor.

3.     Upon re-issuance of the summons and complaint, the United States Marshal is hereby directed to send Plaintiff's copy of process to the Clerk of the Court, who shall then remove the address prior to forwarding a copy to Plaintiff.

4.     Service is appropriate on Defendants A. Thomas, Vicki Moore, and Manning. The Clerk of the Court is directed to prepare a summons for said Defendants, and the United States Marshal is directed to serve a copy of the complaint (docket entry #2), this order, and summons, on them, without prepayment of fees and costs or security therefor.

DATED this __2__ day of April, 2010.

_____
UNITED STATES MAGISTRATE JUDGE