**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

ANTHONY A BORUM                                                                    PLAINTIFF
ADC #092069

V.                                    NO: 2:10CV00017 BSM/HDY

ELLA TAYLOR *et al.*                                                              DEFENDANTS

## ORDER

Plaintiff filed this complaint on February 10, 2010, and service was ordered.  On April 1, 2010, the summons was returned unexecuted as to Defendant Ella Taylor (docket entry #11).  Service was unsuccessful after being tried in the care of counsel for the prison's medical contractor, and also at Taylor's last known address, and the Court ordered Plaintiff to provide an address at which service could be attempted.  Plaintiff has now complied with the order, and provided an address (docket entry #29).

IT IS THEREFORE ORDERED THAT service is appropriate on Defendant Ella Taylor.  The Clerk of the Court is directed to prepare a summons for Taylor, and the United States Marshal is directed to serve a copy of the complaint (docket entry #2), this order, and summons, on Taylor at the address provided by Plaintiff, without prepayment of fees and costs or security therefor.

DATED this ___6___ day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE