**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

ANTHONY A. BORUM                                                                    PLAINTIFF
ADC #092069

V.                                            NO: 2:10CV00017 BSM/HDY

ELLA TAYLOR *et al.*                                                               DEFENDANTS

## ORDER

　　　Plaintiff filed this complaint on February 10, 2010, and service was ordered.  On April 1, 2010, the summons was returned unexecuted as to Defendants A. Thomas, Vicki Moore, and Manning (docket entries #8-#10).  Service had been attempted in the care of the Arkansas Department of Correction ("ADC"), but a note accompanying the return indicated that Thomas, Moore, and Manning, were not ADC employees, but might be employed by the prison's medical contractor.  Service was then attempted in the care of counsel for the medical contractor.  However, that attempt was also unsuccessful (docket entries #18-#20).  Accordingly, counsel for the ADC's medical contractor is directed to provide, no later than 30 days after the entry of this order, the last known addresses of Defendants Thomas, Moore, and Manning, to be filed under seal, or to state if Thomas, Moore, and Manning, have not been employees of the contractor.  The Clerk is directed to send a copy of this order to counsel for the prison's medical contractor.

　　　IT IS SO ORDERED this __4__ day of April, 2011.

_____
UNITED STATES MAGISTRATE JUDGE