# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

ANTHONY A BORUM                                                                                    PLAINTIFF
ADC #092069

V.                                          NO: 2:10CV00017 BSM/HDY

ELLA TAYLOR *et al.*                                                                              DEFENDANTS

## ORDER

Plaintiff filed this complaint on February 10, 2010, and service was ordered. To date, service efforts have been unsuccessful as to Defendants Thomas, Moore, and Manning (docket entries #8-#10 & #18-#20). Service was unsuccessful after being tried in the care of the Arkansas Department of Correction, and counsel for the prison's medical contractor. The Court has now obtained the correct names, and last know addresses, which are to remain under seal, for Defendants Anthony Thomas, Vickie Moore, and Ruby Jones-Manning, and service will be attempted at those addresses.

IT IS THEREFORE ORDERED THAT:

1.      The Clerk is directed to change the style of the case to reflect the correct names of Defendants Anthony Thomas, Vickie Moore, and Ruby Jones-Manning.

2.      The addresses of Defendants Anthony Thomas, Vickie Moore, and Ruby Jones-Manning, shall not be made part of any public record.

3.      The Clerk of the Court shall prepare a summons for Defendants Anthony Thomas, Vickie Moore, and Ruby Jones-Manning, and the United States Marshal is hereby directed to serve a copy of the summons and complaint (docket entry #2), and this order, on said Defendants, at the addresses provided under seal, without prepayment of fees and costs or security therefor.

4.      Upon re-issuance of the summons and complaint, the United States Marshal is hereby

directed to send Plaintiff's copy of process to the Clerk of the Court, who shall then remove the addresses prior to forwarding a copy to Plaintiff.

DATED this  24   day of May, 2011.

_____
UNITED STATES MAGISTRATE JUDGE