# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

ANTHONY A. BORUM                                                                              PLAINTIFF
ADC #092069

V.                                         NO: 2:10CV00017 BSM/HDY

ELLA TAYLOR *et al.*                                                                       DEFENDANTS

## ORDER

On August 15, 2011, Defendants Ruby Jones-Manning, Vickie Moore, and Ella Taylor, filed a motion to dismiss, along with a brief in support (docket entries #68 & #69). Defendant Greg Harmon filed a motion for judgment on the pleadings, along with a brief in support, on August 23, 2011 (docket entries #73 & #74). Although more than 14 days have passed since the motions were filed, Plaintiff has not responded. However, in light of Plaintiff's *pro se* status, he will be granted an additional 14 days to respond.

IT IS THEREFORE ORDERED THAT Plaintiff file his response to the pending motion to dismiss (docket entry #68), and motion for judgment on the pleadings (docket entry #73), no later than 14 days after the entry of this order.

DATED this   13   day of September, 2011.

UNITED STATES MAGISTRATE JUDGE