IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

ANTHONY A. BORUM,                                                                   PLAINTIFF
ADC #092069

v.                              CASE NO. 2:10CV00017 BSM/HDY

ELLA TAYLOR, et al.                                                                 DEFENDANTS

### ORDER

The proposed findings and recommended partial dispositions [Doc. Nos. 80, 86] submitted by United States Magistrate Judge H. David Young have been reviewed. No objections were filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial dispositions should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's claims against defendant Anthony Thomas be DISMISSED WITHOUT PREJUDICE, and Thomas's name be removed as a party Defendant.

2. The motion to dismiss filed by defendants Ella Taylor, Ruby Jones-Manning, and Vicki Moore [Doc. No. 68] be DENIED.

3. Plaintiff's motion to voluntarily dismiss his claims against defendant Greg Harmon [Doc. No. 85] be GRANTED, plaintiff's claims against Harmon be DISMISSED WITHOUT PREJUDICE, and Harmon's name be removed as a party defendant.

4. Plaintiff's motion to withdraw his amended complaint [Doc. No. 85] be GRANTED, the amended complaint be DISMISSED WITHOUT PREJUDICE, and the

names of Correctional Medical Services, Inc., and Chiquita Davis, be removed as party Defendants.

     5.    The motion for judgement on the pleadings filed by Harmon [Doc. No. 73] be DENIED AS MOOT.

    Dated this 13th day of October 2011.

                                                      */s/ Brian S. Miller*
                                         UNITED STATES DISTRICT JUDGE