IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ANTHONY A. BORUM　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #092069

v.　　　　　　　　　　　CASE NO. 2:10CV00017 BSM

ELLA TAYLOR, *et al.*　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

The proposed findings and recommended disposition [Doc. No. 116] submitted by United States Magistrate Judge H. David Young have been reviewed. No objections have been filed. After careful consideration and a *de novo* review of the record, it is found that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety.

IT IS THEREFORE ORDERED THAT:

1.　Plaintiff Anthony Borum's complaint is dismissed with prejudice with respect to his claims against defendant Ella Taylor, and dismissed without prejudice in all other respects.

2.　It is certified, pursuant to 28 U.S.C. Section 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 29th day of April 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE